UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

August 30, 2017

U.S. District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

RE:        USA vs. CHRISTIAN LOPEZ
USDC No.:  1:17–MJ–00138–BAM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 28, 2017 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 7**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **J. Hellings**

Deputy Clerk

DATE RECEIVED:

RECEIVED BY:

*(Print Name)*

NEW CASE NUMBER: